Sukhdev SINGH; Manvir Singh;
Bhupinder Kaur,
Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–72479.

United States Court of Appeals,
Ninth Circuit.

Submitted May 16, 2007.*

Filed May 24, 2007.

Sukhdev Singh, Reno, NV, pro se.

Inna Lipkin, Esq., Law Offices of Inna
Lipkin, Redwood City, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Of-
fice of the District Counsel, Department of
Homeland Security, San Francisco, CA,
Richard M. Evans, Esq., Patricia A. Smith,
Esq., U.S. Department of Justice, Civil
Div./Office of Immigration Lit., Margaret
A. O'Donnell, Esq., U.S. Department of
Justice, Office of Enforcement Operations,
Washington, DC, for Respondent.

Before: PREGERSON, REINHARDT,
and TASHIMA, Circuit Judges.

MEMORANDUM **

Sukhdev Singh and his family, natives
and citizens of India, petition for review of
the Board of Immigration Appeals'
("BIA") order denying their third motion
to reopen proceedings to apply for asylum
based on changed circumstances in India.
To the extent we have jurisdiction, it is
conferred by 8 U.S.C. § 1252, and we dis-
miss in part and deny in part the petition
for review.

We lack jurisdiction to review the BIA's
June 26, 2003 order because the instant
petition for review is untimely as to that
order. *See Stone v. INS,* 514 U.S. 386,
405, 115 S.Ct. 1537, 131 L.Ed.2d 465
(1995).

Singh has waived any challenge to the
BIA's April 11, 2005 order denying his
motion to reopen by not addressing that
order in his brief to this court. *See Mar-
tinez–Serrano v. INS,* 94 F.3d 1256, 1260
(9th Cir.1996) (holding that issues not ad-
dressed in the opening brief are waived).

**PETITION FOR REVIEW DIS-
MISSED in part and DENIED in part.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.